**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MOUNTAINSKY LANDSCAPING LLC | ) | Case No. 22-12744-KHT |
| | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

**ORDER GRANTING MOTION TO RESCHEDULE STATUS CONFERENCE**

THIS MATTER comes before the Court pursuant to the Motion to Reschedule Status Conference (the "*Motion*") filed by Joli A. Lofstedt, Chapter 11, Subchapter V Trustee ("*Trustee*") of the bankruptcy estate of MountainSky Landscaping LLC and good cause having been shown, the Court hereby:

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that the status conference set for September 21, 2022 is RESCHEDULED to Thursday, September 22, 2022 at 10:00 a.m. Parties shall appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: https://www.cob.uscourts.gov/telephonic-hearings.

IT IS FURTHER ORDERED that within three days from the date of this Order, Trustee shall serve a copy of this Order on all parties listed on the mailing matrix maintained by the Bankruptcy Court and file a certificate of service of this Order.

Date: August 18, 2022.

BY THE COURT:

The Honorable Kimberley H. Tyson
United States Bankruptcy Court Judge